USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THOMAS JOSEPH RYDER,

                Plaintiff,

      v.

ACTING COMMISSIONER OF SOCIAL SECURITY,

                Defendant.

No. 22-CV-8845 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

      To conserve resources, to promote judicial efficiency, and in an effort to achieve a faster disposition of this matter, it is hereby ORDERED that the parties must discuss whether they are willing to consent, under 28 U.S.C. § 636(c), to conducting all further proceedings before Magistrate Judge Cott.

      If both parties consent to proceed before Judge Cott, counsel for the defendant must, by February 16, 2023, file a fully executed Form AO-85, Notice, Consent, and Reference of a Civil Action to a Magistrate Judge form, which can be found at https://www.nysd.uscourts.gov/forms/consent-proceed-us-magistrate-judge. If the Court approves that form, all further proceedings will then be conducted before Judge Cott rather than before me. Any appeal would be taken directly to the United States Court of Appeals for the Second Circuit, as it would be from this Court if the consent form were not signed and so ordered.

      If either party does not consent to conducting all further proceedings before Judge Cott, the parties must file a joint letter by February 16, 2023 advising the Court that the parties do not consent, but without disclosing the identity of the party or parties who do not consent.  At that

2

time, the Court will then refer this case to Judge Cott for a report and recommendation on any motion for judgment on the pleadings.  The parties are free to withhold consent to conducting all further proceedings before Judge Cott without negative consequences.

SO ORDERED.

Dated:      February 2, 2023
            New York, New York

_____
Ronnie Abrams
United States District Judge