**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
THOMAS JOSEPH RYDER,,

                Plaintiff,                22 **CIVIL** 8845 (JLC)

    -v-                                    **<u>JUDGMENT</u>**

ACTING COMMISSIONER OF SOCIAL
SECURITY,

                Defendant.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Stipulation and Order dated March 14, 2023, that the Acting Commissioner's (Commissioner's) decision is reversed and that this action be, and hereby is, remanded to the Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings.

**Dated:** New York, New York

      March 14, 2023

                                                    **RUBY J. KRAJICK**

                                                      **Clerk of Court**

                          **BY:**

                                                      **Deputy Clerk**